UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| SHAWN JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | 3:06-cv-0010-RLY-WGH |
| ) | |
| LT. DANIEL BROUGH, et al., ) | |
| ) | |
| Defendants. ) | |

**Entry Discussing Request to Proceed on Appeal In Forma Pauperis**

The plaintiff's request for leave to proceed on appeal *in forma pauperis* with respect to his notice of appeal filed on February 14, 2006, is **denied.** An appeal may not be taken *in forma pauperis* if the trial court certifies that the appeal is not taken in good faith. 28 U.S.C. § 1915; *see Coppedge v. United States,* 369 U.S. 438, 82 S. Ct. 917 (1962). "Good faith" within the meaning of § 1915 must be judged by an objective, not a subjective, standard. *Id.* There is no objectively reasonable argument which the plaintiff could present to argue that the disposition of this action was erroneous–nor does his request for leave to proceed on appeal *in forma pauperis* even suggest such an argument. In pursuing an appeal, the plaintiff "is acting in bad faith . . . [because] to sue in bad faith means merely to sue on the basis of a frivolous claim, which is to say a claim that no reasonable person could suppose to have any merit." *Lee v. Clinton,* 209 F.3d 1025, 1026 (7th Cir. 2000).

**IT IS SO ORDERED.**

Date: 02/22/2006

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Shawn Johnson
DOC # 95205
WVCF
P. O. Box 1111
Carlisle, IN 47838-1111